UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| COURTESY AUTOMOTIVE GROUP, INC., dba COURTESY SUBURU OF CHICO,<br><br>    Plaintiff,<br><br>  v.<br><br>SUBARU OF AMERICA, INC. and DOES 1-50, inclusive,<br><br>    Defendants. | No. 2:22-cv-00997 WBS DMC<br><br><br>ORDER |
|---|---|

----oo0oo----

Pursuant to the agreement of the parties as set forth in the joint status report filed June 7, 2023 (Docket No. 18), the following briefing and hearing schedule is hereby set for defendant's renewed motion to dismiss:

- Filing of defendant's Renewed Motion to Dismiss: Thursday, **July 13, 2023**;
- Filing of plaintiff's Opposition to the Renewed Motion to Dismiss: Friday, **August 25, 2023**; and
- Filing of defendant's Reply in support of the Renewed

1

        Motion to Dismiss: Friday, **September 8, 2023**.

- Hearing on defendant's renewed motion to dismiss: Monday, **October 2, 2023 at 1:30 p.m.** in Courtroom 5.

Also pursuant to the agreement of the parties, the scheduling conference in this case is hereby reset for Monday, **November 20, 2023 at 1:30 p.m.** in Courtroom Five.  The parties shall file a joint status report by **November 6, 2023**.  The parties shall refer to the court's original Order re: Status (Pretrial Scheduling) Conference (Docket No. 8) for the court's requirements as to the scheduling conference and the joint status report.

Based on the parties' request, the status conference set for **June 20, 2023** is hereby **VACATED**.

IT IS SO ORDERED.

Dated:  June 7, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE