UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| COURTESY AUTOMOTIVE GROUP, INC., dba COURTESY SUBARU OF CHICO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SUBARU OF AMERICA, INC. and DOES 1-50, inclusive,<br><br>　　　　Defendants. | Case No.: 2:22-cv-00997-WBS-DMC<br><br>Assigned to Senior Judge William B. Shubb<br><br>**ORDER GRANTING AMENDED STIPULATION REGARDING DEFENDANT SUBARU OF AMERICA, INC.'S  RESPONSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |

　　　　Defendant SUBARU OF AMERICA, INC. ("SOA") and Plaintiff COURTESY AUTOMOTIVE GROUP, INC. dba COURTESY SUBARU OF CHICO ("Courtesy"), by and through their attorneys of record, have filed an Amended Stipulation Regarding Defendant Subaru of America, Inc.'s Response to Plaintiff's First Amended Complaint ("Stipulation"). Having considered the Stipulation and finding good cause therefor, the Court hereby grants the Stipulation and orders that SOA shall have up to and including January 22, 2024 to file its response to

1 | Courtesy's First Amended Complaint.
2 |     **IT IS SO ORDERED.**
4 | Dated: January 4, 2024

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2:22-cv-00997-WBS-DMC

ORDER GRANTING AMENDED STIPULATION RE: DEFENDANT SUBARU OF AMERICA, INC.'S RESPONSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT