1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10                         ----oo0oo----

11

12   COURTESY AUTOMOTIVE GROUP, INC.,     No. 2:22-cv-00997 WBS DMC
     dba COURTESY SUBARU OF CHICO,
13
              Plaintiff,
14                                        ORDER RE: MOTION FOR LEAVE TO
         v.                               FILE SECOND AMENDED
15                                        COUNTERCLAIM
     SUBARU OF AMERICA, INC. and DOES
16   1-50, inclusive,

17            Defendant.

18   _____

     SUBARU OF AMERICA, INC.,
19
              Counterclaimant,
20
         v.
21
     COURTESY AUTOMOTIVE GROUP, INC.,
22   dba COURTESY SUBARU OF CHICO,

23            Counterdefendant.

24

25                         ----oo0oo----

26        The court previously rejected defendant Subaru of

27   America, Inc.'s first amended counterclaim to recover attorneys'

28   fees.  (Docket No. 43.)  Defendant now moves to file an identical

                                   1

second amended counterclaim.  (Docket No. 57.)

In a prior order, the court concluded that defendant could not file the counterclaim for attorneys' fees because "it does not allege any effects resulting from Courtesy's alleged breach of the agreement's confidentiality provision; its time to plead a new and different counterclaim by right has long since passed; and it neither sought nor was granted leave to plead the new claim."  (Docket No. 55.)  The instant motion for leave to file the second amended counterclaim only cures the third defect without addressing the others.  The proposed second amended counterclaim is still untimely and still does not allege any effects resulting from Courtesy's alleged breach of the agreement's confidentiality provision.

IT IS THEREFORE ORDERED that Subaru's request to file its second amended counterclaim (Docket No. 57) be, and the same hereby is, DENIED.

Dated:   November 6, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2