NELSON MULLINS RILEY & SCARBOROUGH LLP
LISA M. GIBSON (SBN 194841)
AMY M. TOBOCO (SBN 149508)
19191 South Vermont Ave., Suite 900
Torrance, CA  90502
Telephone:     424.221.7400
Facsimile:     424.221.7499
Email:         lisa.gibson@nelsonmullins.com
               amy.toboco@nelsonmullins.com

Attorneys for Defendant
SUBARU OF AMERICA, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| COURTESY AUTOMOTIVE GROUP, INC., dba COURTESY SUBARU OF CHICO, | Case No.: 2:22-cv-00997-WBS-DMC |
| Plaintiff, | Assigned to Senior Judge William B. Shubb |
| v. | **ORDER APPROVING STIPULATION AND CONTINUING SCHEDULING CONFERENCE TO MARCH 10, 2025** |
| SUBARU OF AMERICA, INC. and DOES 1-50, inclusive, | |
| Defendants. | New Date:  March 10, 2025<br>Time:       1:30 p.m.<br>Ctrm.:      5<br>Old Date:  February 10, 2025 |

ORDER APPROVING STIPULATION AND CONTINUING SCHEDULING CONFERENCE TO MARCH 10, 2025

Having reviewed the Stipulation to Continue the Scheduling Conference, and for good cause shown, **IT IS HEREBY ORDERED** that the Stipulation is approved and the Scheduling Conference is continued from February 10, 2025 to **March 24, 2025, at 1:30 p.m.**  In addition, the deadline for the parties to file the Amended Joint Status Report is continued from January 27, 2025 to **March 10, 2025.**

**IT IS SO ORDERED.**

Dated:  December 18, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

NELSON MULLINS RILEY & SCARBOROUGH LLP
ATTORNEYS AT LAW
LOS ANGELES

ORDER APPROVING STIPULATION AND CONTINUING SCHEDULING CONFERENCE TO MARCH 10, 2025