UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| COURTESY AUTOMOTIVE GROUP, INC., dba COURTESY SUBARU OF CHICO,<br><br>Plaintiff,<br><br>v.<br><br>SUBARU OF AMERICA, INC., and DOES 1 through 50, inclusive,<br><br>Defendants. | No. 2:22-cv-997 WBS DMC |

----oo0oo----

AMENDED STATUS (PRETRIAL SCHEDULING) ORDER

This Order amends the prior Status (Pretrial Scheduling) Order previously issued by the court. (See Docket No. 65.)

I.   SERVICE OF PROCESS

All defendants have been served, and no further service is permitted without leave of court, good cause having been shown under Federal Rule of Civil Procedure 16(b).

II.  JOINDER OF PARTIES/AMENDMENTS

1

1 | No further joinder of parties or amendments to
2 | pleadings will be permitted except with leave of court, good
3 | cause having been shown under Federal Rule of Civil Procedure
4 | 16(b). See Johnson v. Mammoth Recreations, Inc., 975 F.2d 604,
5 | 607-10 (9th Cir. 1992).

6 | III. JURISDICTION/VENUE

7 | Jurisdiction is predicated upon 28 U.S.C. § 1332(a),
8 | because the parties are completely diverse and the amount-in-
9 | controversy exceeds $75,000, in this breach of contract action
10 | between a franchisor and a franchisee. Venue is undisputed and
11 | hereby found to be proper.

12 | IV.   DISCOVERY

13 | The parties agree to serve the initial disclosures
14 | required by Federal Rule of Civil Procedure 26(a)(1) on or before
15 | **April 23, 2025.**

16 | The parties shall disclose experts and produce reports
17 | in accordance with Federal Rule of Civil Procedure 26(a)(2) by no
18 | later than **August 25, 2025.** With regard to expert testimony
19 | intended solely for rebuttal, those experts shall be disclosed
20 | and reports produced in accordance with Federal Rule of Civil
21 | Procedure 26(a)(2) on or before **September 24, 2025.**

22 | All discovery, including depositions for preservation
23 | of testimony, is left open, save and except that it shall be so
24 | conducted as to be completed by **October 24, 2025.** The word
25 | "completed" means that all discovery shall have been conducted so
26 | that all depositions have been taken and any disputes relevant to
27 | discovery shall have been resolved by appropriate order if
28 | necessary and, where discovery has been ordered, the order has

been obeyed.  All motions to compel discovery must be noticed on the magistrate judge's calendar in accordance with the local rules of this court and so that such motions may be heard (and any resulting orders obeyed) not later than **October 24, 2025.**

V.   MOTION HEARING SCHEDULE

All motions, except motions for continuances, temporary restraining orders, or other emergency applications, shall be filed on or before **January 5, 2026.**  All motions shall be noticed for the next available hearing date.  Counsel are cautioned to refer to the local rules regarding the requirements for noticing and opposing such motions on the court's regularly scheduled law and motion calendar.

VI.  FINAL PRETRIAL CONFERENCE

The Final Pretrial Conference is set for **March 23, 2026**, at 1:30 p.m. in Courtroom No. 5.  The conference shall be attended by at least one of the attorneys who will conduct the trial for each of the parties and by any unrepresented parties.

Counsel for all parties are to be fully prepared for trial at the time of the Pretrial Conference, with no matters remaining to be accomplished except production of witnesses for oral testimony.  Counsel shall file separate pretrial statements and are referred to Local Rules 281 and 282 relating to the contents of and time for filing those statements.  In addition to those subjects listed in Local Rule 281(b), the parties are to provide the court with: (1) a plain, concise statement which identifies every non-discovery motion which has been made to the court, and its resolution; (2) a list of the remaining claims as against each defendant; and (3) the estimated number of trial

3

```
 1  days.
 2           In providing the plain, concise statements of
 3  undisputed facts and disputed factual issues contemplated by
 4  Local Rule 281(b)(3)-(4), the parties shall emphasize the claims
 5  that remain at issue, and any remaining affirmatively pled
 6  defenses thereto.  If the case is to be tried to a jury, the
 7  parties shall also prepare a succinct statement of the case,
 8  which is appropriate for the court to read to the jury.
 9  VII. TRIAL SETTING
10           Local Rule 201 states that "[w]here demand is made for
11  a jury trial, it shall appear immediately following the title of
12  the complaint or answer containing the demand."  Defendant Subaru
13  of America, Inc., demanded a jury trial in its Answer to the
14  First Amended Complaint.  (See Docket No. 35 at 29.)  However,
15  this pleading does not mention a demand for a jury trial
16  immediately following its title.  (See id. at 1.)  Despite
17  defendant's lack of conformity with the Local Rules, the court
18  will accept its jury demand.
19           The jury trial is set for **May 27, 2026,** at 9:00 a.m.
20  The parties estimate that the trial will last three (3) days.
21  VIII.    SETTLEMENT CONFERENCE
22           A Settlement Conference with a magistrate judge will be
23  set at the time of the Pretrial Conference.  Counsel are
24  instructed to have a principal with full settlement authority
25  present at the Settlement Conference or to be fully authorized to
26  settle the matter on any terms.  At least seven calendar days
27  before the Settlement Conference counsel for each party shall
28  submit a confidential Settlement Conference Statement for review
```

by the settlement judge.  The Settlement Conference Statements shall not be filed and will not otherwise be disclosed to the trial judge.

IX.   MODIFICATIONS TO SCHEDULING ORDER

Any requests to modify the dates or terms of this Scheduling Order, except requests to change the date of the trial, may be heard and decided by the assigned Magistrate Judge. All requests to change the trial date shall be heard and decided only by the undersigned judge.

IT IS SO ORDERED.

Dated:  April 1, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE