UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COURTESY AUTOMOTIVE GROUP, INC., dba COURTESY SUBARU OF CHICO,<br><br>Plaintiff,<br><br>v.<br><br>SUBARU OF AMERICA, INC. and DOES 1-50, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-0997-WBS-DMC<br><br>**ORDER** |

On August 20, 2025, Defendant Subaru of America, Inc. ("SOA") filed an Ex Parte Application for Order Extending Expert Disclosure and Discovery Deadlines in Scheduling Order by 30 Days. The Court, having considered the Application and opposition thereto, and finding good cause therefor, hereby GRANTS the Application and ORDERS as follows:

1. The initial expert disclosure deadline of August 25, 2025, shall be continued to September 25, 2025;

2. The rebuttal expert disclosure date of September 24, 2025, shall be continued to October 24, 2025; and

3. The deadline to complete discovery, and the deadline for all motions to compel discovery to be heard, shall be continued from October 24, 2025, to November 24, 2025.

**IT IS SO ORDERED.**

Dated: September 3, 2025



_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on September 3, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and I served a copy of the foregoing pleading on all counsel for all parties, via the CM/ECF system and/or mailing same by United States Mail, properly addressed, and first class postage prepaid, to all counsel of record in this matter.

*/s/ Lisa M. Gibson*
Lisa M. Gibson