

United States District Court
Eastern District of California

Courtesy Automotive Group, Inc. dba Courtesy

Plaintiff(s)

Case Number: 2:22-cv-00997 WBS DMC

V.

Subaru of America, Inc.

APPLICATION FOR PRO HAC VICE
AND ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Steven. B McFarland _____ hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:
Defendant Subaru of America, Inc.

On ____ 11/13/2007 ____ (date), I was admitted to practice and presently in good standing in the
____ State of South Carolina ____ (court). A certificate of good standing from that court is

submitted in conjunction with this application. I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have ,☒ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court. (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

Date: 09/04/2025    Signature of Applicant: /s/ _____

**Pro Hac Vice Attorney**

Applicant's Name: Steven. B McFarland

Law Firm Name: Nelson Mullins Riley & Scarborough, LLP

Address: 1320 Main Street, Suite 1700

City: Columbia   State: SC   Zip: 29201

Phone Number w/Area Code: (803) 255-9490

City and State of Residence: Elgin, South Carolina

Primary E-mail Address: steven.mcfarland@nelsonmullins.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Amy Toboco

Law Firm Name: Nelson Mullins Riley & Scarborough, LLP

Address: 19191 South Vermont Avenue

City: Torrance   State: CA   Zip: 90502

Phone Number w/Area Code: (424) 221-7415   Bar # 149508

## **ORDER**

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated:  September 8, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE